IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VALLEY COMMERCIAL CAPITAL, LLC                    PLAINTIFF

V.                          CASE NO. 4:11-CV-031 SWW

WOODSON AIR, INC.,
KIM J. WOODSON and
WOODSON DEVELOPMENT, INC.                         DEFENDANTS

## CONSENT JUDGMENT

This Court, being duly advised that Defendants, Woodson Air, Inc., Kim J. Woodson and

Woodson Development, Inc., consent to a judgment in favor of Plaintiff, Valley Commercial

Capital, LLC, does hereby award judgment to Plaintiff, Valley Commercial Capital, LLC,

against Defendant, Woodson Air, Inc., Kim J. Woodson and Woodson Development, Inc., jointly

and individually, in the amount of Six Hundred Sixty-one Thousand, Eight Hundred Thirty

Dollars and 27 cents, ($661,830.27), with unpaid interest thereon of One Hundred Five

Thousand, Fifty-Three Dollars and 99 cents ($105,053.99), Twenty One Thousand, Six Hundred

Fifty-Seven Dollars and 90 cents ($21,657.90) in late fees, and Ten Thousand Dollars

($10,000.00) in attorney fees and expenses.

IT IS SO ORDERED, ADJUDGED AND DECREED.

_____
UNITED STATES DISTRICT JUDGE

DATE: _August 5, 2011_

Agreed to by:



Kim J. Woodson, individually and
in his official capacity on behalf of
Woodson Air, Inc., and Woodson Development, Inc.